An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD CORREOS; AND
ROSEMARIE CORREOS,
Appellants,
vs.
WELLS FARGO BANK, N.A.; AND
NATIONAL DEFAULT SERVICING
CORPORATION,
Respondents.

No. 63719

**FILED**

SEP 04 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal, docketed in this court on August 2, 2013, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within ten days. Further, the notice advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellants have neither paid the filing fee nor responded to this court's notice. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Allan R. Earl, District Judge
Harold Correos
Rosemarie Correos
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-26121